

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-32,367-03

### EX PARTE DALE GARLAND THOMPSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2002-0562-C WHC 2 IN THE 211TH DISTRICT COURT FROM DENTON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of failure to register as a sex offender and sentenced to sixty years' imprisonment. His conviction was affirmed by the Second Court of Appeals in *Thompson v. State*, No. 02-02-00318-CR (Tex. App.—Fort Worth Dec. 11, 2003)(not designated for publication).

After a review of the record, we find that because Applicant has been previously convicted of a sex offense, it is not a denial of due process or cruel and unusual punishment to be subjected to sex offender parole conditions. Therefore, we deny relief.

Applicant's claim regarding trial court error and the legality of his enhancements is dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 §4(a)-(c).

Filed: February 1, 2017
Do not publish